# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY ATKINS,    Petitioner | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 3:08-30031 -MAP<br>) |
| COMMISSIONER HAROLD CLARKE,    Respondent | )<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Commissioner Harold Clarke, against the petitioner Larry Atkins, pursuant to the court's memorandum and order entered this date, dismissing the petitioner's petition.

                                                     **SARAH A. THORNTON**,
                                                     CLERK OF COURT

Dated:  July 16,  2010                          By  /s/ *Maurice G. Lindsay*
                                                       Maurice G. Lindsay
                                                       Deputy Clerk

(Civil Judgment re Pet v. Resp 4 (rutine).wpd - 11/98)
                     [jgm.]